# United States District Court
# Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 06, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Robert Perry,

          Plaintiff,

v.

Jabiru Aircraft Pty. Ltd., Jabiru North America, LLC, and Jabiru U.S.A. Sport Aircraft, LLC,

          Defendants.

LA 17-cv-08356-VAP (FFMx)

## Judgment

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order granting Defendants' Motion to Dismiss filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    8/6/18

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge

1